IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STATE OF FLORIDA,

          Appellant,

v.

                                 Case No.  5D21-2851
                                 LT Case No. 2015-CF-001381-AX

MATTHEW APPERSON,

          Appellee.

_____/

Decision filed September 20, 2022

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellant.

William R. Ponall, of Ponall Law,
Maitland, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, WALLIS and NARDELLA, JJ., concur.